## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PLAQUEMINES PROCESSING & RECOVERY, LLC** | : | **CIVIL ACTION NO.** _____ |
| | : | |
| **VS.** | : | **JUDGE** _____ |
| | : | |
| **AGCS MARINE INSURANCE COMPANY** | : | **MAGISTRATE JUDGE**_____ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### COMPLAINT

Plaintiff, Plaquemines Processing & Recovery, LLC, by its undersigned attorneys, alleges as follows:

### NATURE OF ACTION

1.

This is an action by Plaquemines Processing & Recovery, LLC for damages, penalties, attorney's fees, expenses, and costs against its insurance company, AGCS Marine Insurance Company, for its failure to fully and timely pay the sums owed under its insurance policy resulting from damages caused by Hurricane Ida.

### JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a), because the matter in controversy exceeds $75,000.00 and the case is between citizens of different states.  Plaintiff, Plaquemines Processing & Recovery, LLC, is a Louisiana limited liability company and a citizen of the State of Louisiana.  Defendant, AGCS Marine Insurance Company, is a foreign insurance company domiciled in the State of Illinois.  The unpaid losses due under Defendant's insurance

1

policy, plus penalties, attorney's fees, costs, and expenses on top of those unpaid losses owed pursuant to La. R.S. 22:1892 and La. R.S. 22:1973 exceed the sum of $75,000.00.

3.

Venue is proper in this District under 28 U.S.C. §1391(b)(2), because all or a substantial part of the events or omissions giving rise to the claim occurred in this District and also a substantial part of the property that is the subject of this action is situated in this District.

## THE PARTIES

4.

Plaintiff, Plaquemines Processing & Recovery, LLC, is a Louisiana limited liability company and a citizen of the State of Louisiana.

5.

Defendant, AGCS Marine Insurance Company ("AGCS"), is a foreign insurance company domiciled in the State of Illinois and can be served with this Complaint through its agent for service of process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

## FACTUAL ALLEGATIONS

6.

On the evening of August 29, 2021, Hurricane Ida made landfall near Port Fourchon, Louisiana, as a strong Category 4 hurricane with sustained winds of 150 miles per hour.

7.

After making landfall, Hurricane Ida traveled north and hit Belle Chasse, Louisiana, with hurricane-force winds.

8.

As a result of Hurricane Ida, there was wide-spread property damage throughout Belle Chasse, Louisiana, including but not limited downed power lines, transmission lines, transformers, utility poles, and trees, and structural damage to numerous homes, businesses, and other buildings and structures.

9.

At the time of Hurricane Ida and through the present, plaintiff, Plaquemines Processing & Recovery, LLC, was and still is the owner of buildings, business personal property, equipment, machinery, tools, and personal effects at its facility located at 350 East Revenna Road, Belle Chasse, LA 70037 (collectively "the properties").

10.

As a result of Hurricane Ida, the properties sustained extensive damages.

11.

At the time these damages to the properties were sustained due to Hurricane Ida, Plaquemines Processing & Recovery, LLC had in full force and effect a policy of insurance with AGCS providing coverage for all of the losses sustained by the properties, including but not limited to buildings, adjacent structures, business personal property, equipment, machinery, increased cost of construction to comply with minimum standards of an ordinance or law, debris removal, trees, shrubs, and plants, off premises utility interruption, extra expenses, and repair costs.

12.

Shortly following Hurricane Ida, Plaquemines Processing & Recovery, LLC reported its losses and damages to the properties to AGCS and made claims for payment of those losses and

damages.

13.

Thereafter, adjusters retained and/or employed by AGCS inspected the properties. The adjusters were provided with full access to the properties and had a full opportunity to inspect the properties to fully determine Plaquemines Processing & Recovery, LLC's losses and damages without any limitations.

14.

Despite the fact that it should have been obvious to the adjusters retained and/or employed by AGCS who inspected the properties that the properties had sustained significant losses and damages and that Plaquemines Processing & Recovery, LLC was in need of funds to repair and replace those losses, ACGS failed to make timely payments of those losses.

## CAUSES OF ACTION AND DAMAGES

### A. THE INSURANCE POLICY

15.

Plaquemines Processing & Recovery, LLC reiterates and incorporates by reference all allegations in Paragraphs 1-14 above.

16.

The damages and losses for the properties that should have been paid by AGCS under the terms of the policies Plaquemines Processing & Recovery, LLC purchased from AGCS exceed the amounts estimated and paid by AGCS.

17.

Plaquemines Processing & Recovery, LLC is entitled to recover from AGCS for the full amounts owed under each of the coverages Plaquemines Processing & Recovery, LLC purchased from AGCS.

## B.   PENALTIES AND ATTORNEY'S FEES

18.

Plaquemines Processing & Recovery, LLC reiterates and incorporates by reference all allegations in Paragraphs 1-17 above.

19.

Pursuant to Louisiana Revised Statute 22:1892, AGCS was required to unconditionally tender payment to Plaquemines Processing & Recovery, LLC for the losses and damages not reasonably subject to dispute caused by Hurricane Ida within 30 days of AGCS's receipt of satisfactory proof of loss which occurred no later than when its adjusters inspected the properties. AGCS failed to do so.

20.

La. R.S. 22:1892 further required AGCS to re-evaluate Plaquemines Processing & Recovery, LLC's claims and to timely tender additional unconditional payments to Plaquemines Processing & Recovery, LLC each time AGCS received additional information concerning the losses and damages sustained by Plaquemines Processing & Recovery, LLC.   AGCS failed to do so.

21.

Pursuant to La. R.S. 22:1892, AGCS is liable to Plaquemines Processing & Recovery, LLC

for a penalty of 50%, in addition to the amount of the losses, on the amounts due from AGCS, as well as reasonable attorney's fees and costs, for AGCS's failure to unconditionally tender the amounts owed to Plaquemines Processing & Recovery, LLC within 30 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

22.

Pursuant to La. R.S. 22:1973A, AGCS is additionally liable to Plaquemines Processing & Recovery, LLC for actual damages, including but not limited to inconvenience, lost revenues, lost business opportunities, and increased expenses caused by the damages to the properties and Plaquemines Processing & Recovery, LLC's inability to repair the properties and/or to replace them timely due to AGCS's non-payments, underpayments, and untimely payments arising out of AGCS's misrepresentations of pertinent facts concerning the amounts owed, its coverages, and its insurance policy provisions, and/or arising out of AGCS's failure to unconditionally tender the amounts owed to Plaquemines Processing & Recovery, LLC within 60 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

23.

Pursuant to La. R.S. 22:1973C, in addition to actual damages for its breaches of the statute, AGCS is additionally liable to Plaquemines Processing & Recovery, LLC for a penalty of the up to two times the actual damages Plaquemines Processing & Recovery, LLC sustained or five thousand dollars, whichever is greater.

24.

Plaintiff requests a trial by jury.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff, Plaquemines Processing & Recovery, LLC, prays that, after due proceedings are had, that there be a judgment rendered herein in plaintiff's favor and against defendant, AGCS Marine Insurance Company, for the full amounts due under the terms of the coverages provided by defendant's insurance policy, for actual damages, penalties, attorney's fees, costs, and expenses, and for such other damages as would reasonably and justly compensate plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

Respectfully submitted,

**THE TOWNSLEY LAW FIRM**

BY:  */s/ David H. Hanchey*
**DAVID H. HANCHEY, Bar Roll #19927**
**HANNAH E. MAYEAUX , Bar Roll #39275**
3102 Enterprise Boulevard
Lake Charles, LA   70601
Telephone:     (337) 478-1400
Facsimile:     (337) 478-1577
Email: david@townsleylawfirm.com
jboone@townsleylawfirm.com
ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**

**AGCS MARINE INSURANCE COMPANY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA   70809**